**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| In re:<br>**288 4th LLC,**<br><br>                **Debtor.**<br>_____/<br>**288 4th LLC,**<br><br>                **Plaintiffs,**<br><br>v.<br><br>**HAIM KAHAN, COHEN, TAUBER, SPIEVACK & WAGNER, P.C., YECHESKELWEISZ &SHIA WEISZ,**<br><br>                **Debtor-Defendants.** | Case No: 24-24-43626<br><br>Chapter 11<br><br><br><br><br><br><br>Adv. Proc. No. 24-01087-ESS |

---

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

---

On 09/20/2024, I did cause a copy of the following document, described below.

**AMENDED NOTICE OF MOTION TO DISMISS" & "MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS**

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of Stretto, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 09/20/2024

                                                  */s/Btzalel Hirschhorn*
                                                Btzalel Hirschhorn, Esq.
                                                80-02 Kew Gardens, Rd. Ste. 600
                                                Kew Gardens, New York 11415
                                                Tel: 718-263-6800
                                                Bhirschhorn@sbagk.com
                                                Attorney for Plaintiff Chaim Kahan

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

---

In re:
**288 4th LLC,**

               Debtor.

_____/

**288 4th LLC,**

               **Plaintiffs,**

v.

**HAIM KAHAN, COHEN, TAUBER, SPIEVACK &
WAGNER, P.C., YECHESKELWEISZ &SHIA WEISZ,**

               **Debtor-Defendants.**

Case No: 24-24-43626

Chapter 11

Adv. Proc. No. 24-01087-ESS

---

**CERTIFICATE OF SERVICE DECLARATION OF MAILING**

---

On 9/20/2024, I did cause a copy of the following document, described below.

**AMENDED NOTICE OF MOTION TO DISMISS" & "MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS**

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED:09/09/2024

                                                     /s/ Naomi Rodriguez
                                                     Naomi Rodriguez
                                                     c/o Stretto
                                                   410 Exchange Ste 100
                                                   Irvine, CA 92602

I certify that on September 20, 2024, I caused a copy of Amended Notice of Motion to Dismiss & Memorandum of Law in Support of Motion to Dismiss to be served by first class, United States mail service, with adequate postage to ensure delivery to:

EXHIBIT

Proposed Counsel for Debtor/Plaintiff
Eric Strauss, Esq.
A.Y. Strauss, Attorneys at Law
290 West Mount Pleasant Avenue, Suite 3260
Livingston, New Jersey 07039

Attorneys for CTSW
Cohen Tauber Spievack & Wagner, P.C.
The Graybar Building
420 Lexington Ave.
Ste. 2400
New York, NY 10170

Attorneys for Yecheskel Weisz, and Shia Weisz
Andrea J. Caruso, Esq.
SCHWARTZ SLADKUS REICH GREENBERG ATLAS LLP
444 Madison Avenue
6th floor
New York, NY 10022

Yecheskel Weisz
734 Bedford Ave.,
Apt. 1 & Apt. 2
Brooklyn, NY 11205

Yecheskel Weisz
436 Flushing Avenue
Apt. 1 & Apt. 2
Brooklyn, NY 11205

Shia Weisz
734 Bedford Ave.,
Apt. 1 & Apt. 2
Brooklyn, NY 11205

Shia Weisz
436 Flushing Avenue
Apt. 1 & Apt. 2
Brooklyn, NY 11205