

## RE: Fwd: 286 and 296 4th Avenue Brooklyn, NY

**David J. Feit** <dfeit@dfeitlaw.com>                                                          Fri, Jul 29, 2022 at 2:51 PM
To: "joetaub@gmail.com" <joetaub@gmail.com>
Cc: Cheskie Weisz <cw@cwrealty.net>, "Sw@cwrealty.net" <Sw@cwrealty.net>

Joe

I am counsel for the buyer entites (on behalf of Cheskie Weisz) on the respecive 2 contracts of sale to purchase 286 4th Avenue, Brooklyn, NY and 296 4th Avenue, Brooklyn, NY

Separately Mr. Weisz has negotiated a tenant assignment/buyout agreemrent with the tenant of 296 4th Avenue, Brooklyn, NY

I am holding $3,000,000 in escrow whch I am advised was wired to my escrow acocunt by your client Chaim Kahan – SEE ANNEXED

At this time I am asking that you as attorney on behalf of your client Chaim Kahan, authorize me to send the following downpayments from my escrow account to the escrow agents for the  below contracts as downpayments thereunder:

The contract of sale for 286 4th Avenue, Brooklyn, NY - $2,000,000 downpayment

The contract of sale for 296 4th Avenue, Brooklyn, NY - $500,000 downpayment

The tenant assignment/buyout agreement with the tenant of 296 4th Avenue, Brooklyn, NY

- $500,000 downpayment

I await your response

Thanks

**David J. Feit, Esq.**

**Law Offices of David J. Feit, Esq., PLLC**

**22 Cortlandt Street, Suite 803**

**New York, New York 10007**

**Telephone: (212) 608-1445 ext. 1**

**Telecopier: (212) 608-1803**

**E-mail: dfeit@dfeitlaw.com**

**Website: www.dfeitlaw.com**

This communication, and any information or material transmitted with this communication, is intended only for the use of the intended recipients and it may be privileged and confidential. If you are not the intended recipient, you are hereby notified that any review, retransmission, conversion to hard copy, copying, circulation, publication, dissemination, distribution, reproduction or other use of this communication, information or material is prohibited and may be illegal. If you received this communication in error, please notify us immediately by telephone or by return e-mail, and delete the communication, information and material from any computer, disk drive, diskette or other storage device or media. Thank you.

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

---------- Forwarded message ---------
From: **Joseph Taub** <joetaub@gmail.com>
Date: Thu, Jul 28, 2022 at 4:13 PM
Subject: Re: 296 4th
To: Ariel Farkas <Asf@cwrealty.net>
CC: Shia Weisz <sw@cwrealty.net>, Abraham Weiner <abraham@cwrpm.net>, Chaim Kahan <Chesedforall@gmail.com>, Cheskie Weisz <cw@cwrealty.net>

We can allow release of the $3,000,000 and agree to 50/50 split only if this is deal is flipped. If we end up closing, terms shall be renegotiated

Joseph Taub, Esq.
1701 Quentin Rd, Suite B7
Brooklyn, NY 11229
O  718 360 1733
C  917 456 7389
E  Joetaub@gmail.com

WIRE ALERT:

ALL WIRE INSTRUCTIONS SENT OR RECEIVED BY THIS OFFICE MUST BE VERBALLY CONFIRMED PRIOR TO INITIATING ANY WIRE TRANSFER. ALWAYS CALL BEFORE YOU WIRE.

-----------------------------------------------------------------------

NOTICE TO RECIPIENTS:

This email is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender.

On Tue, Jul 26, 2022, 5:32 PM Joseph Taub <joetaub@gmail.com> wrote:

Thank you. Just need to review with Chaim

Chaim, please call me back when able

Joseph Taub, Esq.

1701 Quentin Rd, Suite B7

Brooklyn, NY 11229

O  718 360 1733
C  917 456 7389

E  Joetaub@gmail.com

WIRE ALERT:

ALL WIRE INSTRUCTIONS SENT OR RECEIVED BY THIS OFFICE MUST BE VERBALLY CONFIRMED PRIOR TO INITIATING ANY WIRE TRANSFER. ALWAYS CALL BEFORE YOU WIRE.

----------------------------------------------------------------------

NOTICE TO RECIPIENTS:

This email is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender.

On Tue, Jul 26, 2022 at 5:29 PM Ariel Farkas <Asf@cwrealty.net> wrote:

> Please find attached an execution copy.
>
> Sincerely,
>
> **Ariel Farkas**
> Legal Counsel



C. 917.538.2792
T. 718.243.0700 #102
16 Waverly Ave., 2ⁿᵈ Fl.
Brooklyn, NY 11205
asf@cwrealty.net
www.CWrealty.net

**Confidentiality Disclosure:** The information in this email and in attachments is confidential and intended solely for the attention and use of the named addressee(s). This information may be subject to legal professional or other privilege or may otherwise be protected by work product immunity or other legal rules. It must not be disclosed to any person without our authority. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are not authorized to and must not disclose, copy, distribute, or retain this message or any part of it.

**From:** Joseph Taub <joetaub@gmail.com>
**Sent:** Tuesday, July 26, 2022 5:18 PM
**To:** Ariel Farkas <Asf@cwrealty.net>
**Cc:** Shia Weisz <sw@cwrealty.net>; Abraham Weiner <abraham@cwrpm.net>; Chaim Kahan <Chesedforall@gmail.com>; Cheskie Weisz <cw@cwrealty.net>
**Subject:** Re: 296 4th

Ariel, can you please send execution copy. Thank you

Joseph Taub, Esq.

1701 Quentin Rd, Suite B7

Brooklyn, NY 11229

O  718 360 1733
C  917 456 7389

E  Joetaub@gmail.com

**WIRE ALERT**:

ALL WIRE INSTRUCTIONS SENT OR RECEIVED BY THIS OFFICE MUST BE VERBALLY CONFIRMED PRIOR TO INITIATING ANY WIRE TRANSFER. ALWAYS CALL BEFORE YOU WIRE.

----------------------------------------------------------------------

NOTICE TO RECIPIENTS:

This email is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender.

On Thu, Jul 21, 2022 at 12:48 PM Ariel Farkas <Asf@cwrealty.net> wrote:

Hi Joseph,

Please see my attached comments.  Your changes to Section 6.3 are all acceptable.

Sincerely,



**Ariel Farkas**
Legal Counsel

C. 917.538.2792
T. 718.243.0700 #102
16 Waverly Ave., 2nd Fl.
Brooklyn, NY 11205
asf@cwrealty.net
www.CWrealty.net

**Confidentiality Disclosure:** The information in this email and in attachments is confidential and intended solely for the attention and use of the named addressee(s). This information may be subject to legal professional or other privilege or may otherwise be protected by work product immunity or other legal rules. It

must not be disclosed to any person without our authority. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are not authorized to and must not disclose, copy, distribute, or retain this message or any part of it.

---

**From:** Shia Weisz <sw@cwrealty.net>
**Sent:** Thursday, July 21, 2022 9:47 AM
**To:** Joseph Taub <joetaub@gmail.com>
**Cc:** Abraham Weiner <abraham@cwrpm.net>; Ariel Farkas <asf@cwrealty.net>; Chaim Kahan <Chesedforall@gmail.com>; Cheskie Weisz <cw@cwrealty.net>
**Subject:** Re: 296 4th

Ariel, Please let us know if Jospeh comments are acceptable and we can execute this. Thanks

On Mon, Jul 18, 2022 at 5:20 PM Joseph Taub <joetaub@gmail.com> wrote:

Shia, following up on below. Please send contract. Thank you

Joseph Taub, Esq.

1701 Quentin Rd, Suite B7

Brooklyn, NY 11229

O  718 360 1733
C  917 456 7389

E  Joetaub@gmail.com

WIRE ALERT:

ALL WIRE INSTRUCTIONS SENT OR RECEIVED BY THIS OFFICE MUST BE VERBALLY CONFIRMED PRIOR TO INITIATING ANY WIRE TRANSFER. ALWAYS CALL BEFORE YOU WIRE.

-------------------------------------------------------------------------

NOTICE TO RECIPIENTS:

This email is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender.

On Mon, Jul 18, 2022 at 12:24 PM Joseph Taub <joetaub@gmail.com> wrote:

Thank you. Please send contract so we can order. What is timetable?

Joseph Taub, Esq.

1701 Quentin Rd, Suite B7

Brooklyn, NY 11229

O  718 360 1733
C  917 456 7389

E  Joetaub@gmail.com

WIRE ALERT:

ALL WIRE INSTRUCTIONS SENT OR RECEIVED BY THIS OFFICE MUST BE VERBALLY CONFIRMED
PRIOR TO INITIATING ANY WIRE TRANSFER. ALWAYS CALL BEFORE YOU WIRE.

----------------------------------------------------------------------

NOTICE TO RECIPIENTS:

This email is privileged and confidential. If you are not the intended recipient please
delete the message and notify the sender.

On Mon, Jul 18, 2022 at 12:20 PM Shia Weisz <sw@cwrealty.net> wrote:

Confirmed

On Mon, Jul 18, 2022 at 12:17 PM Joseph Taub <joetaub@gmail.com> wrote:

Please see attached, subject to Chaim's review

Please note, we want to order title. We are investing $30m and deserve that right. Please confirm

Joseph Taub, Esq.

1701 Quentin Rd, Suite B7

Brooklyn, NY 11229

O  718 360 1733
C  917 456 7389

E  Joetaub@gmail.com

WIRE ALERT:

ALL WIRE INSTRUCTIONS SENT OR RECEIVED BY THIS OFFICE MUST BE VERBALLY
CONFIRMED PRIOR TO INITIATING ANY WIRE TRANSFER. ALWAYS CALL BEFORE YOU WIRE.

---------------------------------------------------------------------

NOTICE TO RECIPIENTS:

This email is privileged and confidential. If you are not the intended recipient
please delete the message and notify the sender.

On Thu, Jul 14, 2022 at 8:02 PM Chaim Kahan <chesedforall@gmail.com> wrote:

> in contract

> On Thu, Jul 14, 2022 at 5:14 PM Joseph Taub <joetaub@gmail.com> wrote:

>> Will review over next few days. CW already owns the property?

>> Joseph Taub, Esq.

>> 1701 Quentin Rd, Suite B7

>> Brooklyn, NY 11229

>> O  718 360 1733

C  917 456 7389

E  Joetaub@gmail.com

<u>WIRE ALERT</u>:

ALL WIRE INSTRUCTIONS SENT OR RECEIVED BY THIS OFFICE MUST BE VERBALLY CONFIRMED PRIOR TO INITIATING ANY WIRE TRANSFER. ALWAYS CALL BEFORE YOU WIRE.

-------------------------------------------------------------------

NOTICE TO RECIPIENTS:

This email is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender.

On Thu, Jul 14, 2022 at 4:58 PM Ariel Farkas <Asf@cwrealty.net> wrote:

Good afternoon Mr. Taub,

Please find attached for your review the draft OA for 296 4th Ave LLC.

Sincerely,



**Ariel Farkas**
Legal Counsel

C. 917.538.2792
T. 718.243.0700 #102
16 Waverly Ave., 2nd Fl.
Brooklyn, NY 11205
asf@cwrealty.net
www.CWrealty.net

**Confidentiality Disclosure:** The information in this email and in attachments is confidential and intended solely for the attention and use of the named addressee(s). This information may be subject to legal professional or other privilege or may otherwise be protected by work product immunity or other legal rules. It must not be disclosed to any person without our authority. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are not authorized to and must not disclose, copy, distribute, or retain this message or any part of it.

--

Chaim Kahan

Ck Distribution

chesedforall@gmail.com



5308 13 ave, #483 Brooklyn, NY 11219

--

Shia Weisz
Director of Acquisitions & Finance
CW Realty, LLC
16 Waverly Avenue, 2nd Floor
Brooklyn, NY,11205
718-243-0700 (o)
347-675-9508 (c)
www.cwrealty.net

--

Shia Weisz
Director of Acquisitions & Finance
CW Realty, LLC
16 Waverly Avenue, 2nd Floor
Brooklyn, NY,11205
718-243-0700 (o)
347-675-9508 (c)
www.cwrealty.net

--



**Cheskie Weisz**

CEO

C. 917.415.8742

T. 718.243.0700 #104

16 Waverly Avenue #2nd Floor
Brooklyn, NY 11205

Mailing address
320 Roebling st #304
Brooklyn, NY 11211
cw@cwrealty.net
www.CWrealty.net

---------- Forwarded message ----------
From: Chaim Kahan <chesedforall@gmail.com>
To: "David J. Feit" <dfeit@dfeitlaw.com>
Cc: Shia Weisz <sw@cwrealty.net>, Cheskie Weisz <cw@cwrealty.net>
Bcc:
Date: Wed, 13 Jul 2022 05:40:24 +0000

Subject: Re: 296 4h Avenue, Brooklyn, NY and 286-90 4h Avenue and 21-23 Denton Place, Brooklyn, NY
Correct

On Sun, Jul 10, 2022 at 10:47 AM David J. Feit <dfeit@dfeitlaw.com> wrote:
  $3,000,000 received  7-10-2022 form a sender  account called "Have Doctor Will Travel Medic"

I assume this is Chaim Kahan?

Please confirm

    David J. Feit, Esq.
    Law Offices of David J. Feit, Esq., PLLC
    22 Cortlandt Street, Suite 803
    New York, New York 10007
    Telephone: (212) 608-1445 ext. 1
    Telecopier: (212) 608-1803
    E-mail: dfeit@dfeitlaw.com
    Website: www.dfeitlaw.com

    This communication, and any information or material transmitted with this communication, is intended
    only for the use of the intended recipients and it may be privileged and confidential. If you are not the
    intended recipient, you are hereby notified that any review, retransmission, conversion to hard copy,
    copying, circulation, publication, dissemination, distribution, reproduction or other use of this
    communication, information or material is prohibited and may be illegal. If you received this
    communication in error, please notify us immediately by telephone or by return e-mail, and delete the
    communication, information and material from any computer, disk drive, diskette or other storage
    device or media.  Thank you.

    IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform
    you that any U.S. federal tax advice contained in this communication (including any attachments) is
    not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under
    the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any
    transaction or matter addressed herein.

    On Jul 10, 2022, at 10:40 AM, Shia Weisz <sw@cwrealty.net> wrote:

    David did you receive the 3M deposit

    On Fri, Jul 8, 2022 at 12:26 PM Shia Weisz <sw@cwrealty.net> wrote:
      Still not?

      On Thu, Jul 7, 2022 at 9:46 PM David J. Feit <dfeit@dfeitlaw.com> wrote:
        No, I did not

            David J. Feit, Esq.
            Law Offices of David J. Feit, Esq., PLLC
            22 Cortlandt Street, Suite 803
            New York, New York 10007
            Telephone: (212) 608-1445 ext. 1
            Telecopier: (212) 608-1803
            E-mail: dfeit@dfeitlaw.com

Website: www.dfeitlaw.com

This communication, and any information or material transmitted with this communication, is intended only for the use of the intended recipients and it may be privileged and confidential. If you are not the intended recipient, you are hereby notified that any review, retransmission, conversion to hard copy, copying, circulation, publication, dissemination, distribution, reproduction or other use of this communication, information or material is prohibited and may be illegal. If you received this communication in error, please notify us immediately by telephone or by return e-mail, and delete the communication, information and material from any computer, disk drive, diskette or other storage device or media.  Thank you.

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

On Jul 7, 2022, at 6:32 PM, Shia Weisz <sw@cwrealty.net> wrote:


David did you receive the deposit

On Thu, Jul 7, 2022 at 5:17 PM Chaim Kahan <chesedforall@gmail.com> wrote:
received?

On Thu, Jul 7, 2022 at 4:09 PM Shia Weisz <sw@cwrealty.net> wrote:
Wait

On Thu, Jul 7, 2022 at 4:07 PM David J. Feit <dfeit@dfeitlaw.com> wrote:

not received



David J. Feit, Esq.

Law Offices of David J. Feit, Esq., PLLC

22 Cortlandt Street, Suite 803

New York, New York 10007

Telephone: (212) 608-1445 ext. 1

Telecopier: (212) 608-1803

Email: dfeit@dfeitlaw.com

This communication, and any information or material transmitted with this communication, is intended only for the use of the intended recipients and it may be privileged and confidential. If you are not the intended recipient, you are hereby notified that any review, retransmission, conversion to hard copy, copying, circulation, publication, dissemination, distribution, reproduction or other use of this communication, information or material is prohibited and may be illegal. If you received this communication in error, please notify us immediately by telephone or by return e-mail, and delete the communication, information and material from any computer, disk drive, diskette or other storage device or media.  Thank you.

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

---

**From:** Shia Weisz <sw@cwrealty.net>
**Sent:** Thursday, July 7, 2022 4:04 PM
**To:** Chaim Kahan <chesedforall@gmail.com>
**Cc:** Cheskie Weisz <cw@cwrealty.net>; David J. Feit <dfeit@dfeitlaw.com>
**Subject:** Re: 296 4h Avenue, Brooklyn, NY and 286-90 4h Avenue and 21-23 Denton Place, Brooklyn, NY


Great David pls confirm when you get


On Thu, Jul 7, 2022 at 4:02 PM Chaim Kahan <chesedforall@gmail.com> wrote:

> Wire confirmation attached
>
>
> On Thu, Jul 7, 2022, 3:24 PM Chaim Kahan <chesedforall@gmail.com> wrote:
>
>> David,

Trying to push in the wire today will keep u posted shortly

On Thu, Jul 7, 2022 at 2:16 PM David J. Feit <dfeit@dfeitlaw.com> wrote:

Dear Mr. Kahan-

I am counsel to Cheskie Weisz

I understand you may be wiring $3,000,000 to my attorney's escrow account to be used towards the downpayments to be paid under contracts of sale in connection with your purchase together with Cheskie Weisz of the following properties:

296 4th Avenue, Brooklyn, NY and 286-90 4th Avenue, Brooklyn, NY and 21-23 Denton Place, Brooklyn, NY

This email confirms that such funds as you wire to my attorney's escrow account will not be released or transferred from my attorney's escrow account without your permission via email or otherwise in writing

Thanks

David J. Feit, Esq.

Law Offices of David J. Feit, Esq., PLLC

22 Cortlandt Street, Suite 803

New York, New York 10007

Telephone: (212) 608-1445 ext. 1

Telecopier: (212) 608-1803

Email: dfeit@dfeitlaw.com

This communication, and any information or material transmitted with this communication, is intended only for the use of the intended recipients and it may be privileged and confidential. If you are not the intended recipient, you are hereby notified that any review, retransmission, conversion to hard copy, copying, circulation, publication, dissemination, distribution, reproduction or other use of this communication, information or material is prohibited and may be illegal. If you received this communication in error, please notify us immediately by telephone or by return e-mail, and delete the communication, information and material from any computer, disk drive, diskette or other storage device or media.  Thank you.

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

--

Chaim Kahan

Ck Distribution

chesedforall@gmail.com

5308 13 ave, #483 Brooklyn, NY 11219

--

Shia Weisz
Director of Acquisitions & Finance
CW Realty, LLC
16 Waverly Avenue, 2nd Floor
Brooklyn, NY,11205
718-243-0700 (o)
347-675-9508 (c)
www.cwrealty.net

--

Shia Weisz
Director of Acquisitions & Finance
CW Realty, LLC
16 Waverly Avenue, 2nd Floor
Brooklyn, NY,11205
718-243-0700 (o)
347-675-9508 (c)
www.cwrealty.net

--

Chaim Kahan
Ck Distribution

chesedforall@gmail.com

5308 13 ave, #483 Brooklyn, NY 11219

--
Shia Weisz
Director of Acquisitions & Finance
CW Realty, LLC
16 Waverly Avenue, 2nd Floor
Brooklyn, NY,11205
718-243-0700 (o)
347-675-9508 (c)
www.cwrealty.net

--
Shia Weisz
Director of Acquisitions & Finance
CW Realty, LLC

16 Waverly Avenue, 2nd Floor
Brooklyn, NY,11205
718-243-0700 (o)
347-675-9508 (c)
www.cwrealty.net
--
Shia Weisz
Director of Acquisitions & Finance
CW Realty, LLC
16 Waverly Avenue, 2nd Floor
Brooklyn, NY,11205
718-243-0700 (o)
347-675-9508 (c)
www.cwrealty.net

--

Chaim Kahan
Ck Distribution

chesedforall@gmail.com

5308 13 ave, #483 Brooklyn, NY 11219

---

📄 **Re: 296 4h Avenue, Brooklyn, NY and 286-90 4h Avenue and 21-23 Denton Place, Brooklyn, NY.eml**
82K View as Text Scan and download