**From:** Stephen Wagner <swagner@ctswlaw.com>
**Sent:** Tuesday, July 23, 2024 1:13 PM
**To:** Fawn Zakheim, Esq. <FZakheim@rsabstract.com>; Hadassah Abbott <HAbbott@rsabstract.com>; Shaul C. Greenwald, Esq. <sgreenwald@rsabstract.com>
**Cc:** Chaim Kahan <Chaim@exalt.capital>; Jackson Davis <jdavis@ctswlaw.com>; Andrea Caruso <acaruso@ssrga.com>; Arpi Salbashian <asalbashian@ctswlaw.com>
**Subject:** RE: [External] Kahan v. Weisz and Riverside/RACT-47069

**EXTERNAL EMAIL**

Fawn,

This will confirm that the Escrow Funds will continue to be held in Escrow and will not be released until Cheskie Weisz & Chaim Kahan both confirm in writing where to release the funds or when Rabbinical Court of Kolel Tartikov decides who the funds belong to and directs who the funds should be released to. I assume that Andrea will agree. But even if she does not, the court has ordered deposit of the money to my firm's escrow account. Please follow the court order. Thank you.

Steve

Stephen Wagner

<image001.png>

Cohen Tauber Spievack & Wagner P.C.

*Partners in Your Strategic Vision*