At IAS Part __92__ of the Supreme Court of the State of New York, held in and for the County of New York, at the County Courthouse thereof, located at 360 Adams Street, in the Borough of Brooklyn, City and State of New York, on September __4th__, 2024

P R E S E N T :

HON. __Katherine Levine, J.S.C.__
~~Justice~~

HAIM KAHAN,

                         Plaintiff,

- against –

COHEN TAUBER SPIEVACK & WAGNER P.C., YECHESKEL WEISZ AND SHIA WEISZ,

                         Defendant.

Index No.: 523694/2024

**ORDER TO SHOW CAUSE**

Upon reading and filing the annexed Affirmation of Andrea J. Caruso, Esq., dated September 4, 2024, the exhibits annexed thereto and all pleadings and upon all prior proceedings and pleadings in this action,

**LET** the Plaintiff and Defendant, or their counsel appear and show cause before this Court, at an IAS Part __92__ at the Kings County Courthouse located at 360 Adams Street, Brooklyn, New York, 10007, Room __541__, on __September 18, 2024__, 2024, at __2:00__ ~~AM~~/PM, or as soon thereafter as counsel can be heard, why an Order should not be entered granting the motion of Defendants Yecheskel Weisz and Shia Weisz, vacating the Temporary Restraining Orders contained within the Order to Show Cause dated September 3, 2024 issues in this action pursuant to CPLR 6314, and for an award of sanctions against Plaintiff pursuant to 22 NYCRR § 130-1.1 together with such other and further relief as the Court deems just and proper.

**STAY**

*[Initials: LSO, J.S.C.]*

NOW, SUFFICIENT CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED, that pending a hearing of this order to show cause, the Order to Show cause dated September 3, 2024 (NYSCEF Doc. No. 3), including all interim relief granted, be hereby stayed, including the use of any of the $1.6 million dollars transferred and/or previously held by defendant, Cohen Tauber, Spievack & Wagner, P.C.,

LET, service of a copy of this conformed order to show cause and the papers upon which it was granted, by ~~NYSCEF filing with a copy via email~~ personal service to ~~Counsel who have appeared on this action~~ plaintiff's counsel and all other parties entitled to service on or before __Sept 9__, 2024, shall be good and sufficient service thereof.

ENTER

*[Signature]*
HON. LISA S. OTTLEY, J.S.C.